# United States District Court
## Southern District of Georgia
Statesboro Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23 A 10: 29

CLERK
S. DIST. OF GA.

|  |  |  |
|---|---|---|
| JAMES W. JACKSON, JR. | ) | |
| vs | ) | CASE NUMBER CV 604-104 |
| VICTOR AND ANNIE BERNARD | ) | |

## ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reason(s):

Defendants both have Lyme disease and are not medically able to attend trial at this time as evidenced by their treating physician in the motion to continue.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court mark this action closed for statistical purposes, place the matter in a Civil Suspense File, and delete this matter from the role of pending cases.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, if the circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

SO ORDERED, this 23 day of May, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA